No. 97–6352.  MALONEY v. WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 97–6402.  WHITE v. CROW ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–6413.  JONES v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 97–6420.  SAVAGE v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 97–6426.  SUBIA v. FUENTES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–6428.  DAMREN v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 97–6438.  PHILPOT v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 97–6453.  GILBERT v. DOBBS, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 97–6455.  SHEEHY ET UX. v. PARKER ET AL.  Super. Ct. Pa.  Certiorari denied.

No. 97–6456.  SHEEHY ET UX. v. PENNSYLVANIA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–6459.  MYERS v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 97–6462.  JONES v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 97–6463.  JOHNSON v. CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–6466.  ROBINSON v. SMITH ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 97–6474.  SMITH v. OHIO DEPARTMENT OF HUMAN SERVICES.  Ct. App. Ohio, Clermont County.  Certiorari denied.

No. 97–6477.  DEVLIN v. FLORIDA ET AL.  C. A. 11th Cir.  Certiorari denied.